# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>ARTEMUS TAYLOR<br>DOB: xx/xx/1992<br><br>*Defendant(s)* | )<br>)<br>)   Case No.   22-887M(NJ)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 6, 2022   in the county of   Milwaukee   in the   Eastern   District of   Wisconsin  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 751(a) | Escape from custody |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Todd Marratt, Deputy, USMS
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date:   5/16/22

_____
*Judge's signature*

City and state:   Milwaukee, Wisconsin           Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Todd Marratt, being first duly sworn on oath depose and say that upon personal knowledge and upon information and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Deputy United States Marshal with the United States Marshal Service (USMS) for approximately 10 years. As part of my duties, I conduct investigations to locate federal and state fugitives. I have had both formal training and have participated in numerous investigations to locate state and federal fugitives. I am an investigator, or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. This affidavit is based on my personal knowledge, or reported to me by federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

## PROBABLE CAUSE

3. This affidavit is submitted in support of an application for the issuance of a criminal complaint charging ARTEMUS TAYLOR (DOB: 03/30/1992) with escape from federal custody in violation of 18 U.S.C. § 751(a).

4. On November 14, 2013, Artemus TAYLOR pled guilty to unlawfully obstructing, delaying, and affecting commerce by robbery and unlawfully and knowingly using, carrying, and brandishing a firearm during and in relation toa crime of violence, in violation of Title 18, U.S.C. Sections 1951 (a) and 924(c)(1)(A)(ii), in Eastern District of Wisconsin Case Number 13-CR-164.

5. On March 3, 2014, Artemus TAYLOR was sentenced and committed to the custody

1

of the United States Bureau of Prisons (BOP) to be imprisoned for a total term of 96 months to be followed by 3 years of Supervised Release.

6. On December 29, 2021, after serving time at the BOP, TAYLOR was transferred and permitted to serve the remainder of his prison sentence at the Parsons Halfway House Residential Reentry Center (RRC) located in Milwaukee, Wisconsin. TAYLOR was scheduled to be released from Parsons to the community on September 22, 2022.

7. On May 6, 2022, at approximately 5:58 p.m., there was an alert received for a GPS device tamper on TAYLOR's assigned GPS device.

8. On May 6, 2022, at approximately 9:37 p.m., the United States Marshals Service (USMS) E/WI- Milwaukee received a notification of TAYLOR's escape from the Residential Reentry Office.

9. On May 11, 2022, this affiant contacted Parsons Halfway House, in Milwaukee, to assure that TAYLOR was still on escape status and had not returned to the Halfway House. It was confirmed that TAYLOR was still considered a Federal Bureau of Prisons escapee.

10. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant, does not set forth all the details of this investigation.

## **CONCLUSION**

11. Based on the foregoing facts and my training and experience, I respectfully submit that probable cause exists to issue a criminal complaint and arrest warrant for Artemus TAYLOR (DOB: 03/30/1992) for a violation of 18 U.S.C. § 751(a), escape from custody.